# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Knisely,<br><br>  Plaintiff,<br><br>v.<br><br>Anaheim Arena Management, LLC,<br>Anaheim Ducks Hockey Club, LLC;<br>and Does 1-10, Inclusive,<br><br>  Defendants. | Case No. 8:20-cv-01573-JLS-DFM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

## ORDER

Pursuant to the Stipulation of the Parties, the above-referenced action is dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side agrees to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: March 18, 2021

                _/s/ Josephine Staton_
                HON. JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE